```
                           United States Bankruptcy Court
                                  District of Nevada
In re:                                                              Case No. 18-11091-abl
BRITTANY RENAE MABRY                                                Chapter 7
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0978-2          User: magallane           Page 1 of 1           Date Rcvd: Jul 03, 2018
                              Form ID: oscpayff         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 05, 2018.
db             +BRITTANY RENAE MABRY,    4775 S TOPAZ ST #243,    LAS VEGAS, NV 89121-5554

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 05, 2018                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 3, 2018 at the address(es) listed below:
              JENNIFER BERGH    on behalf of Creditor    BRIDGECREST CREDIT COMPANY, LLC Jbergh@ghidottilaw.com,
               ecfnotifications@ghidottilaw.com
              LENARD E. SCHWARTZER    trustee@s-mlaw.com, lbenson@s-mlaw.com,nv17@ecfcbis.com,
               les@trustesolutions.net
              SETH D BALLSTAEDT    on behalf of Debtor BRITTANY RENAE MABRY seth@ballstaedtlaw.com,
               ballstaedtecf@gmail.com;r49890@notify.bestcase.com
              U.S. TRUSTEE - LV - 7    USTPRegion17.LV.ECF@usdoj.gov
                                                                                             TOTAL: 4

NVB 1017 (Rev. 8/15)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK–18–11091–abl |
| | CHAPTER 7 |
| BRITTANY RENAE MABRY | |
| Debtor(s) | ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PAY FILING FEES |
| | Hearing Date:   8/8/18 |
| | Hearing Time:   09:30 AM |

The above−named debtor has failed to pay the required filing fee(s) in accordance with the following entry/entries on docket:

*4* − Application to Pay Filing Fee in Installments with Proposed Order Filed by SETH D BALLSTAEDT on behalf of BRITTANY RENAE MABRY (BALLSTAEDT, SETH)

*8* − Order to Pay Filing Fees in Installments (BNC) First Installment Payment due by 03/5/2018. Second Installment Payment due by 04/30/2018. Third Installment Payment due by 05/30/2018. Final Installment Payment due by 06/29/2018. (Related document(s)4 Application to Pay Filing Fees in Installments filed by Debtor BRITTANY RENAE MABRY) (npc)

The debtor is delinquent in the amount of $ **255.00**; therefore,

**IT IS ORDERED** that the debtor and/or attorney for the debtor in the above−entitled case is directed to appear and show cause why this case should not be dismissed for failure to pay filing fees in accordance with Fed. R. Bankr. P. 1017(b). In accordance with Fed. R. Bankr. P. 1006(b)(2), the filing fee can be paid no later than 180 days from the filing of the petition.

The hearing will be held before a United States Bankruptcy Judge, as follows:

| | |
|---|---|
| Hearing Date: | 8/8/18 |
| Hearing Time: | 09:30 AM |
| Hearing Location: | ABL−Courtroom 1, Foley Federal Bldg<br>300 Las Vegas Blvd South,<br>Las Vegas, NV 89101 |

The hearing will not be held, and the case will not be dismissed if payment is received *at least three (3) business days* before the scheduled hearing. Payment for any fees must be in the form of a cashier's check or money order for the exact amount. Payments made in cash are not accepted.

Dated: 7/3/18

*Mary A Schott*

Mary A. Schott
Clerk of Court